**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00233-CR**
_____

**IN RE FABBIAN DONTA SCOTT**

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause Nos. 21-36748 and 21-36749**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Fabbian Donta Scott seeks an order compelling the trial court to rule on motions that Scott filed *pro se* in two criminal cases. According to the information provided by Scott in the mandamus petition, Scott is represented by counsel in the trial court. "A defendant has no right to hybrid representation, and, as a consequence, a trial court is free to disregard any *pro se* motions presented by a defendant who is represented by counsel." *Jenkins v. State*, 592 S.W.3d 894, 902 n. 47 (Tex. Crim. App. 2018). Scott failed to establish that the trial court abused its discretion. Accordingly, we deny the petition for a writ of mandamus.

1

PETITION DENIED.

PER CURIAM

Submitted on August 9, 2022
Opinion Delivered August 10, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.